IN THE UNITED STATES DISTRICT COURT
FOR THE _____WESTERN_____ DISTRICT OF PENNSYLVANIA

1: CV 01 — 0296

GREGORIO A. VARGAS #CS-4471

P.O. BOX 999, 1120 PIKE STREET SMITHFIELD

HUNTINGDON, PA 16652

(Enter above the full name and address
of the plaintiff in this action)

VS

C.O. POWELL; C.O. BIGALOW, SGT. EWIN & JOHN DOE KITCHEN PERSONEL

P.O. BOX 999, 1120 PIKE STREET

HUNTINGDON, PA 16652

(Enter above the full name, title and business
address of each defendant in this action)

FILED
SCRANTON

FEB 15 2001

PER _____
DEPUTY CLERK

Plaintiff brings this action against the above named and identified defendants on the following cause in this action.

I. Where are you now confined? _____SCI- SMITHFIELD_____

What sentence are you serving? _5 YR-2 MONTHS TO 30 YEARS_

What court imposed the sentence? _LANCASTER COUNTY_

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiffs: _____NONE_____

   Defendants: _____NONE_____

2. Court (if federal court, name the district; if state court, name the county) and docket number
   NONE

3. Name the judge to whom the case was assigned _____NONE_____

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending? _NONE_

IN THE UNITED STATES DISTRICT COURT
FOR THE ___WESTERN___ DISTRICT OF PENNSYLVANIA

GREGORIO A, VARGAS #CS-4471

P.O. BOX 999, 1120 PIKE STREET SMITHFIELD

HUNTINGDON, PA 16652

(Enter above the full name and address of the plaintiff in this action)

VS

C.O. POWELL; C.O. BIGALOW, SGT. EWIN & JOHN DOE KITCHEN PERSONEL

P.O. BOX 999, 1120 PIKE STREET

HUNTINGDON, PA 16652

(Enter above the full name, title and business address of each defendant in this action)

1: CV 01-0296

FILED
SCRANTON
FEB 15 2001
PER _____
DEPUTY CLERK

Plaintiff brings this action against the above named and identified defendants on the following cause in this action.

I.  Where are you now confined? ___SCI- SMITHFIELD___

   What sentence are you serving? ___5 YR-2 MONTHS TO 30 YEARS___

   What court imposed the sentence? ___LANCASTER COUNTY___

II. Previous Lawsuits

A.  Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit
    Plaintiffs: ___NONE___

    Defendants: ___NONE___

2.  Court (if federal court, name the district; if state court, name the county) and docket number
    ___NONE___

3.  Name the judge to whom the case was assigned ___NONE___

4.  Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending? ___NONE___

V. Did the incident of which you complain occur in an institution or place of custody in this District: If so, where? Yes, SCI @ Smithfield State Prison P.O. Box 999, 1120 Pike Street Huntigdon, PA 16652

Answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes (X)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X)    No ( )

C. If your answer is Yes,

1. What steps did you take: I spoke with a major, and also a counselor and it was totally ignored.

2. What was the result? I never heard anything & nothing was done.

D. If your answer is NO, explain why not: _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (X)    No ( )

F. If your answer is Yes,

1. What steps did you take: Made an attempt to file a grievance

2. What was the result? nothing happened!

VI. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Yes I would like to open a law suit against, C.O. Bigalow, Sgt. Ewin, C.O. Powell 2-10 shift R.H.U. Corrections Officer. Also the kitchen personal which I will call John Doe's. I would like to reimbursed for my medical charges that was taken off my inmate account, as well as an undisclosed amount for pain & suffering!

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

2-9-001
(Date)

Gregorio A Vargas
(Signature of Plaintiff)
( Gregory A. Vargas)

5. Approximate date of filing lawsuit: __NONE__
6. Approximate date of disposition __NONE__

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where? __NONE__

When? __NONE__

Result: __NONE__

III. What federal law do you claim was violated?
I AM NOT ABLE TO ATTAIN A FEDERAL BOOK TO RECITE THE LAWS AND WHICH LAWS WERE BROKEN, BUT I FALL ON CRUEL & UNUSUAL PUNISHMENT AND WHAT EVER LAW MAY FALL UNDER NAILS BEING FOUND IN MY MOUTH, DUE TO EATING MY FOOD

IV. Statement of Claim
(State here as briefly as possible the **facts** of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragrapgh. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: OCTOBER 2, AND OCTOBER 17TH
B. Place of event SCI-SMITHFIELD RHU- H. BLOCK UNIT 12 CELL
C. Persons involved - name each person and tell what that person did to you:

ON OCT. 2ND, I RECEIVED A TRAY WITH HAM, SWEET POTATOES & PEAS. WHILE EATING I SWALLOWED SOMETHING THAT FELT SHARP. I IMMEDIATELY BEGAN TO CHOKE. SO MY CELLIE VICTOR RODRIGUES, CALLED A C.O POWELLS. I GOT SCARED AND PUT MY FINGERS DOWN MY THROAT. IN AN ATTEMP TO BRING UP THE FOREIGN SHARP OBJECT C.O POWELLS, POWELLS RETREIVEVED A OBJECT FROM MR. RODRIGIGUS. C.O POWELLS, IMMEDIATELY RUSHED ME TO MEDICAL. WHERE X-RAYS WERE TAKEN. THESE X-RAYS SHOWED 3 FOREIGN METAL PIECES IN MY STOMACH.

ALMOST 2 WEEKS LATER, ON OCTOBER 17th, THE MEAL FOR THIS DAY WAS BEEF STEW, RICE. UPON EATING OFF MY FOOD TRAY, I BIT INTO SOMETHING. I YELLED FOR THE R.H.U. C.O BIGELOW. HE RESPONDED WITH, THERE'S NOTHING IN YOUR FOOD. TO MY DISMAY, I BEGAN TO BLEED FROM THE MOUTH. OTHER INMATES BEGANING YELLING, HE'S NOT A DOCTOR. SO C.O BIGELOW, UPON HEARING OTHER INMATES SAYING, "MAN DOWN" KICKED MY DOOR OPEN. I UPON THE MEDICAL STAFF ARRIVAL. FELT THAT SGT. EWING MISSED TREATED ME BADLY. UPON LAYING ON THE FLOOR, HE PUT HIS KNEE ON MY HEAD ANFD TRISTED MY HANDS BACK. I WAS THEN DRAGGED BY MY ARMS AND PLACED ON A STRETCHER. WHEN I FINALLY GOT TO MEDICAL I HAD A PANIC ATTACK. ABOUT 30 MINUTES LATER, A NAIL WAS FOUND IN THE BACK THROAT AREA. THERE WERE 1 RUSTY & USED. THEY ALSO FOUND 3 OTHER FOREIGN TYPES OF METAL!