```
Tue Jun 19 13:30:51 2001

    UNITED STATES DISTRICT COURT
      SCRANTON    , PA

Receipt No.   333 84095
Cashier       rich

Tender Type  CHECK

Check Number: 57739

Transaction Type   AR

D0 Code    Div No      Acct
 4667         3       5100PL

Amount            $      4.56

GREGORY VARGAS    SCI- SOMERSET
SOMERSET, PA  15510

PARTIAL FILING FEE - CV-01-296



Tue Jun 19 13:30:51 2001

Check No. 57739
Amount$    4.56
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```