1:01 CV0296   (01CV0296)

ATTACHMENT 6

7/5/01

## SICK CALL REQUEST

DATE 11/16/00   TIME 6:30 PM   HOUSING UNIT/CELL H2 Cell 12

INMATE NAME Gregory A Vargas   NUMBER CS-4471   WORK SITE _____

COMPLAINT yes i have a headache that pounding in my head. its making my right eye and ear hurt. Also ~~~~~~~~ Also blood was running out my nose. i have no cold i'm not sick. I still have the lump on my right side of my forehead. Thank you

__X__ MEDICAL   ____ DENTAL

I understand that this Sick Call WILL be subject to the fees contained in Regulation 37, PA Code 93.12 ET.SEQ.

Inmate Signature Gregory A Vargas

CC: File
11/16/00

PLACE THIS REQUEST FORM IN THE LOCKED
MEDICAL BOX ON THE HOUSING UNIT

For Medical Department Use Only - Do Not Write Below This Line

RECEIVED SCRANTON
JAN 4 2001
MARY E. D'ANDREA, CLERK
_____ DEPUTY CLERK

JAN 04

---

**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

1. **REQUISITIONING INMATE**
   INSTITUTIONAL NUMBER _____   LOCATION _____   DATE _____

2. **RECEIVING INMATE**
   INSTITUTIONAL NUMBER _____   LOCATION _____   DATE _____

3. **ITEMS TO BE CHARGED TO MY ACCOUNT**

   **MEDICAL/DENTAL CO-PAY**

   Sick Call
   Inmate Request .................................. $2.00
   Staff Request or Referral ....................... NO CHARGE
   Evaluation at Housing Unit/Other ................ $2.00
   New Medications .......... Number Ordered ___ X $2.00 each medication = ___

   Injury/Accident
   Sports Participation ............................ $2.00
   Inmate Negligence Work Related .................. $2.00
   Self-Inflicted .................................. $2.00
   Self-Inflicted Follow-Up ........................ $2.00
   Refusal to Eat (each visit) ..................... $2.00
   Non-Compliance .................................. $2.00

   Other
   Sports Clearance (Inmate Request) ............... $2.00
   Telebinocular Exam .............................. $2.00
   (in conjunction with Policy 13.2.12)

   **TOTAL CHARGE** _____

4. INMATE'S SIGNATURE _____

5. OFFICIAL APPROVAL _____

6. BUSINESS OFFICE'S SPACE
   DATE _____   BOOKKEEPER _____
   CHARGE ENTERED _____

CC: Dr Ronald Long /File

ATTACHMENT I

## SICK CALL REQUEST

DATE 11/26/00     TIME 11:30 AM     HOUSING UNIT/CELL H2-Cell #15

INMATE NAME Gregory A. Vargas     NUMBER CS-4471     WORK SITE _____

COMPLAINT Dr. Long I have been having headaches since Oct 17th incident were my right ear has been starting to give me problems. I've been complaining to P/A Hoffman but he told me to go to commissary for medicine. I have yellow stuff and blood coming out my right ear where I had a surgery done on my right ear and I have a lump on my right side of my forehead and behind my right ear were it's giving me pain. I need treatment.

__X__ MEDICAL     _____ DENTAL

I understand that this Sick Call WILL be subject to the fees contained in Regulation 37, PA Code 93.12 ET.SEQ.

Inmate Signature _Gregory A Vargas_

**PLACE THIS REQUEST FORM IN THE LOCKED MEDICAL BOX ON THE HOUSING UNIT**

For Medcal Department Use Only - Do Not Write Below This Line

---

**CASH SLIP** — DC-138A — COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS

1. REQUISITIONING INMATE — INSTITUTIONAL NUMBER — LOCATION — DATE
2. RECEIVING INMATE — INSTITUTIONAL NUMBER — LOCATION — DATE
3. ITEMS TO BE CHARGED TO MY ACCOUNT

MEDICAL/DENTAL CO-PAY

Sick Call
- Inmate Request ............................................. $2.00
- Staff Request or Referral ............................... NO CHARGE
- Evaluation at Housing Unit/Other ................. $2.00
- New Medications ...... Number Ordered ___ X $2.00 each medication = ___

Injury/Accident
- Sports Participation ....................................... $2.00
- Inmate Negligence Work Related ................. $2.00
- Assaultive ....................................................... $2.00
- Self-Inflicted ................................................... $2.00
- Self-Inflicted Follow-Up ................................. $2.00
- Refusal to Eat (each visit) ............................. $2.00
- Non-Compliance ............................................ $2.00

Other
- Sports Clearance (Inmate Request) .............. $2.00
- Telebinocular Exam ....................................... $2.00
  (in conjunction with Policy 13.2.12)

4. INMATE'S SIGNATURE
5. OFFICIAL APPROVAL
   TOTAL CHARGE
6. BUSINESS OFFICE'S SPACE
   CHARGE ENTERED   DATE   BOOKKEEPER

ATTACHMENT I

## SICK CALL REQUEST

DATE 11/30/00   TIME 6:30 PM   HOUSING UNIT/CELL H2 Cell 15

INMATE NAME Gregory Vargas   NUMBER CS4471   WORK SITE X

COMPLAINT I have pain in my head need medicine and earache
I need medicine

__X__ MEDICAL   _____ DENTAL

I understand that this Sick Call WILL be subject to the fees contained in Regulation 37, PA Code 93.12 ET.SEQ.

Inmate Signature *Gregory Vargas*

**PLACE THIS REQUEST FORM IN THE LOCKED
MEDICAL BOX ON THE HOUSING UNIT**

For Medcal Department Use Only - Do Not Write Below This Line

cc: medical/File

---

DC-138A

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

1. REQUISITIONING INMATE
   INSTITUTIONAL NUMBER _____ LOCATION _____ DATE _____

2. RECEIVING INMATE
   INSTITUTIONAL NUMBER _____ LOCATION _____ DATE _____

3. ITEMS TO BE CHARGED TO MY ACCOUNT

   MEDICAL/DENTAL CO-PAY

   **Sick Call**
   Inmate Request ................................ $2.00
   Staff Request or Referral ................. NO CHARGE
   Evaluation at Housing Unit/Other ..... $2.00
   New Medications...... Number Ordered ___ X $2.00 each medication = ___

   **Injury/Accident**
   Sports Participation ............................ $2.00
   Inmate Negligence Work Related ...... $2.00
   Assaultive ............................................ $2.00
   Self-Inflicted ....................................... $2.00
   Self-Inflicted Follow-Up .................... $2.00
   Refusal to Eat (each visit) ................... $2.00
   Non-Compliance .................................. $2.00

   **Other**
   Sports Clearance (Inmate Request)
   Telebinocular Exam
   (in conjunction with Policy 13.2.12)

   TOTAL CHARGE _____

4. INMATE'S SIGNATURE

5. OFFICIAL APPROVAL

6. BUSINESS OFFICE'S SPACE
   DATE _____ BOOKKEEPER _____
   CHARGE ENTERED _____ $ _____

# SICK CALL REQUEST

DATE __12/17/__ TIME __4:30 PM__ HOUSING UNIT/CELL __H2 cell 15__

INMATE NAME __Gregory A Vargas__ NUMBER __#CS4471__ WORK SITE _____

COMPLAINT: Yes my right ear still hurts and its giving me pain and making my head pound my whole ear is sore I haven't been able to sleep on my right side for some time know I would like to know whats wrong with my right ear and why was my ear Drops taken away. I have had head aches And All i hear is like echoes and like air running in my right ear

__X__ MEDICAL _____ DENTAL

I understand that this Sick Call WILL be subject to the fees contained in Regulation 37, PA Code 93.12 ET.SEQ.

Inmate Signature __Gregory A. Vargas__

CC: Filed

PLACE THIS REQUEST FORM IN THE LOCKED
MEDICAL BOX ON THE HOUSING UNIT

For Medical Department Use Only - Do Not Write Below This Line

---

**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

1. REQUISITIONING INMATE
   INSTITUTIONAL NUMBER _____ LOCATION _____ DATE _____

2. RECEIVING INMATE
   INSTITUTIONAL NUMBER _____ LOCATION _____ DATE _____

3. ITEMS TO BE CHARGED TO MY ACCOUNT

   **MEDICAL/DENTAL CO-PAY**

   **Sick Call**
   Inmate Request ........................... $2.00
   Staff Request or Referral ............... NO CHARGE
   Evaluation at Housing Unit/Other ...
   New Medications ...... Number Ordered ___ X $2.00 each medication = ___

   **Injury/Accident**
   Sports Participation ..................... $2.00
   Inmate Negligence Work Related .... $2.00
   Assaultive .................................. $2.00
   Self-Inflicted .............................. $2.00
   Self-Inflicted Follow-Up ................ $2.00
   Refusal to Eat (each visit) ............. $2.00
   Non-Compliance ........................ $2.00

   **Other**
   Sports Clearance (Inmate Request) .
   Telebinocular Exam ....................
   (in conjunction with Policy 13.2.12)

4. INMATE'S SIGNATURE

5. OFFICIAL APPROVAL

   TOTAL CHARGE

6. BUSINESS OFFICE'S SPACE
   $ _____ CHARGE ENTERED _____ DATE _____ BOOKKEEPER

**DC-804**
PART 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

RECEIVED
SCRANTON

JAN 4 2001

MARY E. D'ANDREA, CLERK
DEPUTY CLERK

**OFFICIAL INMATE GRIEVANCE**    GRIEVANCE NO:

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Ms Burks | SCI Smithfield | 11/15/00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Gregory A Vargas #CS4471 | Gregory A Vargas | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
|  | H2 Cell 12 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Yes my grievance is against P/A Hoffmen and Dr long MD. I'm being charge $2.00 for no reason. I've wrote Doctor long asking him if i can be given pain medicine for my head. Because Ane incident happen to me Oct 17th that i fell out and i recieved a lump on my head. I wrote long i have no funds to go to comissary and buy pain medication. I would like if i can recieve medicine thrue medical for my head achs. Nothing was said about my request. Last week i told long when he came to see someone on the Blk that what happen to my requests he said he was going to see me this week but nothing happen ive signed up for sick call 3 times and on 15th i put another one to be seen on the 16th. And P/A Hoffmen said go to commissary. Why, i have no money. So what they trying to say since i have no money i can't get medicine thrue medical 4/i he said to go to comissary and i was charged for nothing.

B. Actions taken and staff you have contacted before submitting this grievance:
RHU Lt but nothing was responded on my request. Sgt Henney he kept telling me to sign up for sick call Ticoni because i had asked them why wasn't i seen that medical told me they didn't recieve sick call when ticoni said i put one in and Nurse Kelly She even said she seen my sick slip but was still Denied and my sick call was thrown away. 11-22-00

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon M. Burks
Signature of Grievance Coordinator                    Date

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM           RUN      IAS410
BUREAU OF DATA PROCESSING      ACCOUNT STATEMENT                DATE 12/11/2000
REMOTE PRINT TIME 10:16                                         PAGE          1

                                                                CURR. INST   SC1S4
                                                                ACCT. STATUS OPEN

       INMATE    NAME
       NUMBER    LAST              FIRST        MI                  OLD BALANCE

       CS4471    VARGAS            GREGORY      A                      -29.90

BATCH      DATE                                       TRANSACTION   BALANCE AFTER
  #     MO DY YEAR      TRANSACTION DESCRIPTION         AMOUNT        TRANSACTION

 2602   11-08-2000   41  MEDICAL
                         CO-PAY                           -2.00         -31.90
 2602   11-08-2000   41  MEDICAL
                         CO-PAY                           -2.00         -33.90
 2635   11-15-2000   41  MEDICAL
                         MEDICAL CO-PAY PE 11/13/00      -2.00         -35.90
 2635   11-15-2000   41  MEDICAL
                         MEDICAL CO-PAY PE 11/13/00      -2.00         -37.90
 2685   11-22-2000   41  MEDICAL
                         CO-PAY                           -2.00         -39.90
```

```
PAGE     1                INMATE ACCOUNTS SYSTEM                    12-04-2000
9-A-1002                  MONTHLY ACCOUNT STATEMENT                      1225S

     INMATE    NAME
     NUMBER    LAST              FIRST          MI              OLD BALANCE
     CS4471    VARGAS            GREGORY        A                   -29.90

 BATCH    DATE
   #    MO DY YEAR      TRANSACTION DESCRIPTION      TRANSACTION  BALANCE AFTER
                                                       AMOUNT      TRANSACTION

 2602   11-08-2000  41  MEDICAL
                        CO-PAY                          -2.00        -31.90
 2602   11-08-2000  41  MEDICAL
                        CO-PAY                          -2.00        -33.90
 2635   11-15-2000  41  MEDICAL
                        MEDICAL CO-PAY PE 11/13/00      -2.00        -35.90
 2635   11-15-2000  41  MEDICAL
                        MEDICAL CO-PAY PE 11/13/00      -2.00        -37.90
 2685   11-22-2000  41  MEDICAL
                        CO-PAY                          -2.00        -39.90
 2711   12-01-2000  41  MEDICAL
                        CO-PAY                          -2.00        -41.90


         NEW BALANCE AS OF THIS STATEMENT --------------------->    -41.90
```

```
PAGE    1                    INMATE ACCOUNTS SYSTEM                    11-02-2000
H-B-1012                    MONTHLY ACCOUNT STATEMENT                      909S
```

| INMATE NUMBER | NAME LAST | FIRST | MI | OLD BALANCE |
|---|---|---|---|---|
| CS4471 | VARGAS | GREGORY | A | -7.94 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 2406 | 10-04-2000 | 37 | POSTAGE<br>FOR THE WEEK OF 10/4/00 | -2.98 | -10.92 |
| 2449 | 10-12-2000 | 41 | MEDICAL<br>MEDICAL CO-PAY | -2.00 | -12.92 |
| 2456 | 10-12-2000 | 37 | POSTAGE<br>POSTAGE | -2.98 | -15.90 |
| 2487 | 10-19-2000 | 41 | MEDICAL<br>MEDICAL CO-PAY | -4.00 | -19.90 |
| 2540 | 10-26-2000 | 41 | MEDICAL<br>CO-PAY | -6.00 | -25.90 |
| 2565 | 11-01-2000 | 41 | MEDICAL<br>CO-PAY | -2.00 | -27.90 |
| 2565 | 11-01-2000 | 41 | MEDICAL<br>CO-PAY | -2.00 | -29.90 |

```
          NEW BALANCE AS OF THIS STATEMENT --------------------->    -29.90
```