*all as*

⑦ pm
7/10/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORIO A. VARGAS,           :
          Plaintiff

                              :

     vs.                      :    CIVIL ACTION NO. 1:CV-01-0296

                              :

HOFFMAN, et al.,                        **FILED**
          Defendants          :        **HARRISBURG, PA**

                                        JUL 0 9 2001

               O R D E R         MARY E. D'ANDREA, CLERK
                              PER _____
                                        DEPUTY CLERK

     AND NOW, this 9th day of July, 2001, it is ordered

that:

          1.  Plaintiff's motion to proceed in forma
     pauperis (doc. 2) is construed as a motion to
     proceed without full prepayment of fees and
     costs and the motion is granted.[1]

          2.  The United States Marshal is directed
     to serve plaintiff's complaint (doc. 1) and
     Plaintiff's exhibits in support of his
     complaint (doc. 6) on the defendants named
     therein.

                              WILLIAM W. CALDWELL
                              United States District Judge

------

     [1] Vargas completed this court's form application to proceed
in forma pauperis and authorization to have funds deducted from
his prison account.  The court then issued an Administrative Order
(doc. 4) directing the warden at his present place of confinement
to commence deducting the full filing fee from plaintiff's prison
trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 9, 2001

Re:  1:01-cv-00296   Vargas v. Hoffman

True and correct copies of the attached were mailed by the clerk
to the following:

      Gregorio A. Vargas
      SCI-SOMERSET
      1600 Walters Mill Road
      Somerset, PA  15510

cc:
Judge                          ( ✓ )            ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ✓ ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( ✓ )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                     to: US Atty Gen    ( ) PA Atty Gen ( )
                                         DA of County   ( ) Respondents ( )

Bankruptcy Court               ( )
Other_____ ( )

                                    MARY E. D'ANDREA, Clerk

DATE: ___7/9/01_____            BY: _____
                                           Deputy Clerk