```
07/05/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1

TRNS-ADJ     DATE       FUND       CASE NO            DEF                AMOUNT
**************************************************************************************
8030022920l. 07/03/01   5100PL                    SCRANTON    0           -18.72
80300229202. 07/03/01   5100PL                                0            18.72
8030022930l. 07/03/01   086900                                0            -5.00
80300229302. 07/03/01   322350                                0             5.00

                                                       DIVISION TOTAL      0.00
**************************************************************************************
```

T2292-2    $18.72    1:01-296   Vargas

Trans Funded From 1:00-2040
Per Order of Court Judge Caldwell

FILED SCRANTON JUL 12 2001 PER _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORIO A. VARGAS,
      Plaintiff

vs.                       : CIVIL ACTION NO. 1:CV-00-2040

SCI SMITHFIELD,
      Defendant

FILED
HARRISBURG, PA

JUN 2 8 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

AND NOW, this 28th day of June, 2001, it is ordered that:

    1. The complaint (doc. 1) is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

    2. Plaintiff's application to proceed in forma pauperis (doc. 2) is granted.

    3. The Administrative Orders (docs. 7 and 10), issued December 7, 2000 and January 8, 2001, are vacated.

    4. All funds received to satisfy the filing fee in this action are to be applied to Vargas v. Hoffman, No. 1:CV-01-0296 (M.D. Pa. 2001).

    5. The Clerk of Court is directed to file copies of Exhibits filed by Vargas in support of his complaint (doc. 11) in Vargas v. Hoffman, Civ. No. 1:CV-01-0296 (M.D. Pa. 2001).

    6. The Clerk of Court is directed to close the case.

7. Any appeal from this order would not be taken in good faith.

*William W. Caldwell*
WILLIAM W. CALDWELL
United States District Judge