COPY 

RECEIVED
USMS, MIDDLE/PA
2001 AUG -6 AM 9:15

## WAIVER OF SERVICE OF SUMMONS

TO: _Gregorio A. Vargas_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Vargas_ vs. _Powell_, which is case number _CV-01-296_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-10-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_August 1, 2001_                    _Michael J McGovern_
Date                                Signature

Printed/Typed Name: _Michael J McGovern_

Title if any: _Assistant Counsel_

Address: _Pennsylvania Department of Corrections_
_Governors Office of General Counsel_
_55 Utley Drive_
_Camp Hill, PA 17011_

FILED
SCRANTON

AUG - 6 2001

PER _____
    DEPUTY CLERK

For Corporation, if any: _____

Representing defendant(s) if any: _C.O. Powell_
_C.O. Bigelow_
_Sgt. Edwin_

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

GREGORIO A. VARGAS,
  Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:01-CV-0296
Judge Caldwell

C.O. POWELL; C.O. BIGALOW:
ST. EDWIN, John Doe
  Defendants

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregorio A. Vargas #CS-04471
P.O. Box 999
1120 Pike Street Smithfield
Huntingdon, Pa. 16652

an answer to the complaint which is herewith served upon you, within ___(twwenty) (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea
CLERK

July 9, 2001
DATE

*George T. Gardner*
(BY) DEPUTY CLERK
George T. Gardner