01-0294

```
Tue May 27 14:50:30 2003

    UNITED STATES DISTRICT COURT

       SCRANTON     , PA

   Receipt No.  333 92156
   Cashier         gina

   Tender Type  CHECK

   Check Number: 77587

   Transaction Type  AR

   MO Code    Div No      Acct
    4667        3        5100PL

   Amount              $   2.47

   SCI, SOMERSET, PA

   PART FF/01-0296/GREGORY VARGAS



   CN
```

FILED
SCRANTON

MAY 2 7 2003

Per_____
    DEPUTY CLERK