OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

June 11, 2003

FILED
SCRANTON
JUN 1 1 2003
PER _____
DEPUTY CLERK

Inmate Accounts
SCI Somerset
1800 Walters Mill Rd
Somerset, PA 15510

Re: CV 01-0296
    Vargas v Hoffman, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Gregorio Vargas CS-4471, indicates that Mr. Vargas is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *[signature]*
Nancy A. Edmunds
Financial Specialist

# AUTHORIZATION
(Prisoner's Account Only)

**1:CV 01-0296**

Case No. _____

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _Gregorio A Vargas_, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _2/3/2001_, 200_1_

FILED
SCRANTON

FEB 15 2001

PER _____
DEPUTY CLERK

_Gregorio A Vargas_
Signature of Prisoner

6/3/03

To whom it may Concern)

I am being taken money from my account for #CK#75627 and 1:01-CV-00296 why is money taken from me when i'm only paying 20% for 1:00-CV-52040.

Please Let me Know because I only remember 1 case. not 3.

Sincerely

Gregorio A. Vargas.

FILED
SCRANTON
JUN 06 2003
PER_____
DEPUTY CLERK